IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Cedar Lane Technologies Inc.,** | Case No. 6:22-cv-961 |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Synectics plc,** | |
| Defendant. | |

**NOTICE OF RELATED CASE (Western District of Texas)**

**Patent Nos. 6,473,527; 6,972,790; and 8,537,242**

| Case Name | Case Number | Active Judge | Case Filing Date |
|---|---|---|---|
| *Cedar Lane Technologies Inc. v. Brickcom Corporation* | 22-cv-00452 | Alan D. Albright | 5/4/2022 |
| *Cedar Lane Technologies Inc. v. Johnson Controls International plc* | 22-cv-00539 | Alan D. Albright | 5/26/2022 |
| *Cedar Lane Technologies Inc. v. i3 International, Inc.* | 22-cv-00631 | Alan D. Albright | 6/16/2022 |
| *Cedar Lane Technologies Inc. v. Lorex Technology, Inc.* | 22-cv-00654 | Alan D. Albright | 6/23/2022 |
| *Cedar Lane Technologies Inc. v. Longse Technology Limited* | 22-cv-00655 | Alan D. Albright | 6/23/2022 |
| *Cedar Lane Technologies Inc. v. AVer Information Inc. (Taiwan)* | 22-cv-00657 | Alan D. Albright | 6/24/2022 |
| *Cedar Lane Technologies Inc. v. Dynacolor Inc.* | 22-cv-00658 | Alan D. Albright | 6/24/2022 |
| *Cedar Lane Technologies Inc. v. Dynacom Communications Inc.* | 22-cv-00659 | Alan D. Albright | 6/24/2022 |
| *Cedar Lane Technologies Inc. v. EverFocus Co., Ltd.* | 22-cv-00661 | Alan D. Albright | 6/24/2022 |
| *Cedar Lane Technologies Inc. v. Hi Sharp Electronics Co., Ltd.* | 22-cv-00674 | Alan D. Albright | 6/27/2022 |
| *Cedar Lane Technologies Inc. v. Lumens Digital Optics Inc.* | 22-cv-00681 | Alan D. Albright | 6/27/2022 |
| *Cedar Lane Technologies Inc. v. Matrix Comsec Pvt. Ltd.* | 22-cv-00685 | Alan D. Albright | 6/27/2022 |
| *Cedar Lane Technologies Inc. v. Hitron Systems, Inc.* | 22-cv-00699 | Alan D. Albright | 6/29/2022 |
| *Cedar Lane Technologies Inc. v. Moxa Inc.* | 22-cv-00778 | Alan D. Albright | 7/13/2022 |
| *Cedar Lane Technologies Inc. v. NEXCOM International Co., Ltd.* | 22-cv-00946 | Alan D. Albright | 9/13/2022 |
| *Cedar Lane Technologies Inc. v. PLANET Technology Corporation* | 22-cv-00947 | Alan D. Albright | 9/14/2022 |
| *Cedar Lane Technologies Inc. v. Provision-ISR* | 22-cv-00948 | Alan D. Albright | 9/14/2022 |
| *Cedar Lane Technologies Inc. v. ONVU Technologies Group AG Notice* | 22-cv-00953 | Alan D. Albright | 9/14/2022 |
| *Cedar Lane Technologies Inc. v. Pryntec* | 22-cv-00955 | Alan D. Albright | 9/15/2022 |
| *Cedar Lane Technologies Inc. v. Samriddhi Automations Pvt. Ltd.* | 22-cv-00956 | Alan D. Albright | 9/15/2022 |
| *Cedar Lane Technologies Inc. v. Shany Electronic Co. Ltd.* | 22-cv-00958 | Alan D. Albright | 9/15/2022 |
| *Cedar Lane Technologies Inc. v. Silent Sentinel Ltd.* | 22-cv-00960 | | 9/15/2022 |

Dated: September 15, 2022	Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
5680 King Centre Dr, Suite 645
Alexandria, VA 22315
7736694590
isaac@rabilaw.com


**Counsel for Plaintiff**
**Cedar Lane Technologies Inc.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on September 15, 2022 via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff